

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-18-00291-CV

IN THE INTEREST OF S.G.A.R., A CHILD

Appeal from the 314th District Court of Harris County.  (Tr. Ct. No. 2017-00881J).

This case is an appeal from the final judgment signed by the trial court on March 26, 2018.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 2, 2018.

Panel consists of Justices Keyes, Bland, and Lloyd. Opinion delivered by Justice Bland.